LEONIDAS EXADAKTILOS, PLAINTIFF-RESPONDENT AND CROSS-APPELLANT, v. CINNAMINSON REALTY CO., INC, A NEW JERSEY CORPORATION, A/K/A HATHAWAY LODGE, INC., A NEW JERSEY CORPORATION AND WHOLLY OWNED SUBSIDIARY OF CINNAMINSON REALTY CO., INC. AND GEORGE SKORDOS, VASILIOS MALANOS AND PETER MARLYS, INDIVIDUALLY AND AS DIRECTORS OF CINNAMINSON REALTY CO., INC., A/K/A HATHAWAY LODGE, INC., ETC., DEFENDANTS-APPELLANTS AND CROSS-RESPONDENTS.

Superior Court of New Jersey
Appellate Division

Submitted April 28, 1980—Decided May 2, 1980.

Before Judges SEIDMAN, MICHELS and DEVINE.

*Bookbinder, Colaguori & Bookbinder,* attorneys for defendants-appellants and cross-respondents (*Louis A. Colaguori,* of counsel and on the brief).

*Normal Shabel,* attorney for plaintiff-respondent and cross-appellant.

PER CURIAM.

The judgment of the Law Division is affirmed substantially for the reasons expressed by Judge Haines in his written opinion which is reported in *Exadaktilos v. Cinnaminson Realty Co., Inc.,* 167 *N.J.Super.* 141, 400 *A.2d* 554 (Law Div.1979).